UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KL, a minor, by and through his parents and natural guardians, JOSEPH and STACEY LOCKER, <br><br> Plaintiff, <br><br> v. <br><br> DUNMORE SCHOOL DISTRICT, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:24-cv-01461 <br><br> (SAPORITO, J.) |

## ORDER

AND NOW, this 24th day of September, 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion to dismiss (Doc. 5) filed by defendants Dunmore School District and Christopher Lucas is **GRANTED**;

2. The plaintiff's federal civil rights claims for damages and attorney fees against Dunmore School District and Christopher Lucas, set forth in **Counts I through VII and Count XIV** of the complaint (Doc. 1), are **DISMISSED** for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6);

3. The plaintiff's state-law tort claims against Dunmore School

District, Christopher Lucas, and Kristie Maldonado, set forth in **Counts VIII through XIII** of the complaint (Doc. 1) are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1367(c)(3);

4. The plaintiff is **GRANTED** leave to file and serve an amended complaint **within fourteen (14) days** after entry of this order;

5. If an amended complaint is timely filed, the defendants shall file and serve their answers to the amended complaint **within fourteen (14) days after service** of the amended complaint;

6. In the absence of a timely filed amended complaint, the clerk shall mark this case as **CLOSED**; and

7. The clerk shall mail a copy of this order and the accompanying Memorandum to the non-appearing defendant, **Kristie Maldonado**, at her last known address: **1109 Riverside Station Blvd., Secaucus, NJ 07094**.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge